

ENTERED
07/29/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| DONALD R PRESCOTT; dba PRESCOTT § | CASE NO: 17-10199 | |
| Debtor § | | |
| § | CHAPTER 13 | |
| § | | |
| DONALD R. PRESCOTT § | | |
| Plaintiff § | | |
| § | | |
| VS. § | ADVERSARY NO. 17-01007 | |
| § | | |
| WELLS FARGO BANK, N.A. § | | |
| Defendant § | | |

## PARTIAL JUDGMENT

For the reasons set forth in the Memorandum Opinion issued on this date, Donald R. Prescott is granted summary judgment as to liability on:

(i)     Wells Fargo's breach of the Court's Cure Order;

(ii)    Wells Fargo's automatic stay violations; and

(iii)   Mr. Prescott's reasonable attorney's fees incurred from the stay violation.

SIGNED **July 29, 2019.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE